**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEVAR LEE SPENCE,                                    :   No. 15 MM 2021
                                                     :
                      Petitioner                     :
                                                     :
                                                     :
                 v.                                  :
                                                     :
                                                     :
NORTHUMBERLAND COUNTY COURT OF                       :
COMMON PLEAS,                                        :
                                                     :
                      Respondent                     :

## ORDER

**PER CURIAM**

AND NOW, this 23rd day of April, 2021, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.